IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-293-FL

| | | |
|---|---|---|
| VICTOR CHANNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EQUIFAX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiff's motion for subpoenas (DE # 47), his motion requesting the court bring perjury charges against defendant and counsel (DE # 50), and plaintiff's notice of Rule 11 violation (DE # 58), and request for sanctions, as supplemented (DE ## 60, 62). Cause not having been shown, plaintiff's motions and requests are DENIED.

Where defendant's motion for summary judgment, filed March 16, 2012 (DE # 23), to which plaintiff responded on April 9, 2012 and defendant replied on April 26, 2012, remains pending, and the court's focus now being directed towards decision on the issues therein raised, for the continued efficient administration of justice, the court prohibits further filings by plaintiff pending disposition of that motion.

Should the case remain, after decision on the motion for summary judgment (DE #23), stay of action will be lifted. Should plaintiff attempt further filings in contravention of this court's order, defendant is relieved of any responsibility to brief in opposition.

Defendant's request for fees and expenses associated with the making of responses to motions herein denied is HELD IN ABEYANCE.

SO ORDERED, this the 6th day of February, 2013.

                                      LOUISE W. FLANAGAN
                                      United States District Judge

2