UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VICTOR CHANNING,<br><br>   Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  **JUDGMENT**<br>)<br>)  No. 5:11-CV-293-FL<br>)<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 15, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 15, 2013, and Copies To:**
John Anthony Love (via CM/ECF Notice of Electronic Filing)
K. Ann Brousard (via CM/ECF Notice of Electronic Filing)
David Glen Guidry (via CM/ECF Notice of Electronic Filing)
Victor Channing (via U.S. Mail) 600 Alexan Drive, Apt. #302, Durham, NC 27707

February 15, 2013        JULIE A. RICHARD, CLERK
                 /s/ Christa N. Baker
                 (By) Christa N. Baker, Deputy Clerk